UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **TERRY MCCORMICK ET AL** | **CASE NO.  2:21-CV-01845** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TERMINIX INTERNATIONAL COMPANY ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 25] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Remand [doc. 15] be **DENIED** and that all claims against the non-diverse defendant Ronald Girouard be **DISMISSED WITHOUT PREJUDICE**. Accordingly, **IT IS FURTHER ORDERED** that the Motion to Dismiss [doc. 21] filed by Girouard be **MOOTED**.

**THUS DONE AND SIGNED** in Chambers this 21st day of June, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**